# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SIGMA PHI SOCIETY (INC.), a
New York non-profit corporation,

      Plaintiff,

v.

MICHIGAN SIGMA PHI, INC, d/b/a
ALPHA OF MICHIGAN SIGMA PHI, a
Michigan non-profit corporation, and
MICHIGAN SIGMA PHI HOUSING
CORPORATION, a Michigan non-profit
Corporation,

      Defendants.

Case No. 2:20-cv-12817

Hon. Denise Page Hood
Magistrate David R. Grand

| | |
|---|---|
| Dinsmore & Shohl LLP<br>R.J. Cronkhite (P78374)<br>*Attorney for Plaintiff*<br>900 Wilshire Dr., Suite 300<br>Troy, Michigan 48084<br>(734) 558-5809<br>Rj.cronkhite@dinsmore.com | David A. Nacht (P47034)<br>Samuel L. Estenson (P82414)<br>Fabiola Galguera (P84212)<br>NACHTLAW, P.C.<br>Attorneys for Defendants<br>101 N. Main St., Suite 555<br>Ann Arbor, Michigan 48104<br>(734) 663-7550<br>dnacht@nachtlaw.com<br>sestenson@nachtlaw.com<br>fgalguera@nachtlaw.com |

## STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES Plaintiff and Defendants, by their respective counsel, and hereby stipulate to extend the deadline for Defendants to Respond to Plaintiff's Complaint. Accordingly, they stipulate and agree that Defendants' deadline to

respond to Plaintiff's Complaint be extended to December 1, 2020.

IT IS HEREBY ORDERED that Defendants shall file a response to Plaintiff's Complaint on or before December 1, 2020.

The court adopts the stipulation and IT IS SO ORDERED.

Dated: November 12, 2020              s/Denise Page Hood
                                      U.S. District Court Judge

Stipulated as to form:

| /s/ R.J. Cronkhite (w. consent) | /s/ David A. Nacht |
|---|---|
| Dinsmore & Shohl LLP | David A. Nacht (P47034) |
| R.J. Cronkhite (P78374) | Samuel L. Estenson (P82414) |
| *Attorney for Plaintiff* | Fabiola Galguera (P84212) |
| 900 Wilshire Dr., Suite 300 | NACHTLAW, P.C. |
| Troy, Michigan 48084 | Attorneys for Defendants |
| (734) 558-5809 | 101 N. Main St., Suite 555 |
| Rj.cronkhite@dinsmore.com | Ann Arbor, Michigan 48104 |
| | (734) 663-7550 |
| | dnacht@nachtlaw.com |
| | sestenson@nachtlaw.com |
| Dated: November 10, 2020 | fgalguera@nachtlaw.com |